IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IONUT MADALIN ZAMFIR, DANIEL ANDRONACHE, DUDU MUSI, and RAZVAN TRASCA,<br><br>Defendants. | 8:24-CR-87<br><br>**ORDER ON MOTION TO CONTINUE SENTENCING HEARINGS AND TO SET CONSOLIDATED EVIDENTIARY HEARING** |

This matter is before the Court on the Government's Motion to Continue Sentencing Hearings and to Set Consolidated Evidentiary Hearing. Filing 146. The Government seeks to resolve "contested Guidelines issues regarding loss, role and sophisticated means" that the defendants have either already raised, *see e.g.*, Filing 150, or are expected to raise. Under Federal Rule of Criminal Procedure 32(i)(2), "The court may permit the parties to introduce evidence on the objections." The Government explains that its case agent has limited availability and is needed to resolve these issues. The Court further notes that the defendants will require Romanian language translators. Under these circumstances, the Court will hold a consolidated evidentiary hearing on these contested issues. The Court will also cancel the currently scheduled sentencings and reschedule them at a later date by further order of the Court. Accordingly,

IT IS ORDERED:

1. The Government's Motion to Continue Sentencing Hearings and to Set Consolidated Evidentiary Hearing, Filing 146, is granted;

2. The Court shall hold an evidentiary hearing on January 27, 2025 at 9:00 a.m. on sentencing issues concerning loss, role, and sophisticated means;

3. The sentencing for defendant Zamfir currently scheduled for January 23, 2025, is cancelled and will be rescheduled by further order of the Court; and

4. The sentencing for defendant Musi currently scheduled for February 19, 2025, is cancelled and will be rescheduled by further order of the Court.

Dated this 7th day of January, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge